UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NINA DUAN,

        Plaintiff,                        No. 11-CV-12408

vs.                                      Hon. Gerald E. Rosen

ERIC HOLM,

        Defendant.
_____/

## JUDGMENT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on _September 19, 2011___

PRESENT:   Honorable Gerald E. Rosen
                       United States District Chief Judge

     The Court having this date entered an Opinion and Order, granting Plaintiff's Motion to amend her Complaint, granting Defendant's Motion to dismiss Plaintiff's federal claim, and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claim,

     NOW, THEREFORE,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claim of discrimination under Title VII of the Civil Rights Act of 1964, as amended be, and hereby is, DISMISSED, WITH PREJUDICE.

     The Court having declined to exercise supplemental jurisdiction over Plaintiff's remaining state law claim, pursuant to 28 U.S.C. § 1367(c),

     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's claim of

discrimination under the Michigan Elliott-Larsen Civil Rights Act be, and hereby, is

REMANDED to the Wayne County Circuit Court.

                                 s/Gerald E. Rosen
                                 Chief Judge, United States District Court

Dated:  September 19, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 19, 2011, by electronic and/or ordinary mail to Nina Duan, 1276 Hendrie Drive, Canton, MI 48187.

                                 s/Felicia Moses for Ruth A. Gunther
                                 Case Manager